# EXHIBIT "A"

## Case Information

### Michael Stringer VS Donald Jordan,JD and Billy Hines Trucking, Inc.
### 26A00190

Location
DeKalb - State Court

Case Category
Civil

Case Type
Tort

Case Filed Date
1/9/2026

Judge
Bailey, Charles E.

Case Status
Open (Open)

## Parties 3

| Type | Name | Nickname/Alias | Attorneys |
|------|------|----------------|-----------|
| Plaintiff | Michael Stringer | | Trey Pitts |
| Defendant | JD and Billy Hines Trucking, Inc. | | |
| Defendant | Donald Jordan | | |

## Events 6

| Date | Event | Index # | Type | Comments | Documents |
|------|-------|---------|------|----------|-----------|
| 6/16/2026 | Filing | | Motion | Motion for Default Judgment | Default Motion - full.pdf.pdf |
| 5/12/2026 | Filing | | Order | Plaintiff's Motion for Default Judgment is Denied | 26A00190.pdf.pdf |
| 4/15/2026 | Filing | | Motion for Default Judgment | Default Motion | Default Motion - full.pdf.pdf |
| 2/3/2026 | Filing | | Certificate of Service | POS - Compl - Donald Jordan | POS - Compl - Jordan.pdf.pdf |
| 1/21/2026 | Filing | | Affidavit of Service | POS - Comp - JD & Billy Hines Trucking | POS - Compl - JD and Billy Hines Trucking.pdf.pdf |
| 1/9/2026 | Filing | | Complaint | Complaint for damages | Complaint.pdf.pdf, Summons.pdf.pdf.pdf |

Terms of use    |    Frequently asked questions    |    Support Center    |

© 2026 Tyler Technologies, Inc. | All Rights Reserved | Version: 2026.5.4.2291

No. 26A00190

Date Summons Issued and Filed
1/9/2026

/s/ Monica Gay

Deputy Clerk

Deposit Paid $ _____

[ ]    ANSWER

[ ]    JURY

RECEIVED
JAN 1 6 2026
BY: _____

**STATE COURT OF DEKALB COUNTY**
GEORGIA, DEKALB COUNTY

**SUMMONS**

MICHAEL STRINGER
_____
_____

(Plaintiff's name and address)

VS.

DONALD JORDAN and JD AND BILLY HINES TRUCKING, INC.
_____
_____

(Defendant's name and address)

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2ⁿᵈ Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

Warren "Trey" Pitts,
_____
(Name)
2743 Perimeter Parkway, Bldg. 100, Suite 310, Augusta, GA 30907
_____
(Address)
770-576-2743                                    648456
_____
(Phone Number)                    (Georgia Bar No.)

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. (Plus cost of this action.)

Defendant's Attorney
_____
_____

Address _____

Phone No. _____  Georgia Bar No. _____

Third Party Attorney
_____
_____

Address _____

Phone No. _____  Georgia Bar No. _____

**TYPE OF SUIT**

☐ Account          ☐ Personal Injury
☐ Contract         ☐ Medical Malpractice
☐ Note             ☐ Legal Malpractice
☐ Trover           ☐ Product Liability
                   ☐ Other

☐ Transferred From _____

Principal    $ _____

STATE COURT OF
DEKALB COUNTY, GA.
1/9/2026 9:06 AM
E-FILED
BY: Monica Gay

Interest     $ _____

Atty Fees    $ _____

**(Attach BLUE to Original and WHITE to Service Copy of complaint)**

summons1-2008rev

# IN THE STATE COURT OF DEKALB COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| MICHAEL STRINGER,<br><br>         **Plaintiff,**<br><br>  **vs.**<br><br>DONALD JORDAN and JD AND BILLY HINES TRUCKING, INC.,<br><br>         **Defendants.** | **CIVIL ACTION**<br>**FILE NO: 26A00190**<br><br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

COMES NOW Plaintiff, MICHAEL STRINGER, and makes and files this Complaint against Defendants, DONALD JORDAN, and JD AND BILLY HINES TRUCKING, INC. as follows:

## PARTIES AND JURISDICTION

1.

Plaintiff is a resident of the State of Georgia and by bringing this action submits himself to the jurisdiction and venue of this Court.

2.

Defendant Donald Jordan, (hereinafter referred to as Defendant "JORDAN") is, upon information and belief, a citizen and resident of the State of Louisiana, whose last known residence is 1107 Stutes Street, Crowley, LA 70526. Defendant JORDAN is subject to the venue and jurisdiction of this Court under Long-Arm Statute (O.C.G.A. § 9-10-91) by virtue of the fact that Defendant operated a vehicle on the roads located in the State of Georgia and committed a tortious act in Dekalb County.

3.

Defendant JD and Billy Hines Trucking, Inc. (hereinafter referred to as Defendant "HINES") is a is a corporation duly licensed and being owned and operating in the State of

STATE COURT OF<br>DEKALB COUNTY, GA.<br>1/9/2026 9:06 AM<br>E-FILED<br>BY: Monica Gay

Arkansas, having a principal place of business located at 407 Hines Blvd City, Prescott, AR 71857. Defendant HINES is subject to the venue and jurisdiction of this Court under Long-Arm Statute (O.C.G.A. § 9-10-91) by virtue of the fact that Defendant owned a vehicle that was operating on the roads located in the State of Georgia that committed a tortious act in Dekalb County, GA.  Upon information and belief, the Defendant Corporation is not registered with the Secretary of State of Georgia and may be served at its registered address, listed above.

4.

Defendant JORDAN is subject to the jurisdiction of this Court.

5.

Defendant HINES is subject to the jurisdiction of this Court.

## COUNT I
## NEGLIGENCE

6.

Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 5 above as if fully restated.

7.

On or about July 1st, 2025, Plaintiff was driving a 2025 Mercedes Benz C Class in a prudent and careful manner, and was traveling on I-85 South in Dekalb County, Georgia.

8.

At that time and place, the Defendant JORDAN was operating a 2025 Freightliner tractor trailer also on I-85 South in Dekalb County, GA when he failed to maintain lanes and merged into Plaintiff's lane of traffic, causing a collision.

9.

At all relevant times, Defendant JORDAN owed certain civil duties to Plaintiffs, and, notwithstanding those duties, the Defendant JORDAN did violate them in the following

particulars:

a.   In failing to make reasonable and proper observations while driving or, if reasonable and proper observations were made, failing to act thereon;

b.   In failure to maintain lane, in violation of O.C.G.A. § 40-6-48;

c.   In driving a semi-truck without due caution and circumspection and in a manner so as to endanger the person and/or property of others in the immediate vicinity in violation of O.C.G.A. § 40-6-241;

d.   In driving with reckless disregard for the safety of persons and/or property in violation of O.C.G.A. § 40-6-390; and,

e.   In committing other negligent and reckless acts and omissions as may be shown by the evidence and proven at trial.

10.

Defendant JORDAN' violations of the aforementioned statutory duties of care constitute negligence and negligence *per se*.

11.

As a direct and proximate result of the aforesaid negligence and breaches of duty by Defendant JORDAN, Plaintiff suffered substantial injuries and damages including medical and other necessary expenses, mental and physical pain and suffering due to the injuries to their bodies and nervous system, personal inconvenience, plus an inability to lead a normal lives.

**SECOND CAUSE OF ACTION**
**(Against Defendant HINES)**
**Respondent Superior/ Agency Principal Liability**

12.

Plaintiff repeats and realleges paragraphs 1-11 as if set out verbatim herein.

13.

Upon information and belief, at all times relevant to the allegations contained in this Complaint, Defendant JORDAN was working in the course and scope of his employment for the Defendant HINES, or was otherwise acting as an agent or servant of the Defendant HINES.

14.

Defendant HINES is liable for the acts or omissions of Defendant JORDAN under the doctrines of respondent superior, master/servant, and/or agent/principal.

15.

Plaintiffs are informed and believes that they are entitled to a Judgment against the Defendants for damages in an appropriate amounts.

## THIRD CAUSE OF ACTION
### (Against Defendant HINES)
### Negligence

16.

Plaintiff repeats and realleges as if set out verbatim paragraphs 1- 15.

17.

Upon information and belief, Defendant JORDAN operates as a commercial motor carrier on the behalf of the Defendant HINES.

18.

The injuries and damages incurred by the Plaintiffs were directly and proximately caused by Defendant HINES's careless, negligent, grossly negligent, willful, wanton, reckless, and unlawful acts in one or more of the following particulars by failing to use reasonable care in the:

a. failing to design, develop, and implement adequate safety management controls related to speed management, space management, seeing ahead, total starting distance, nighttime driving, hazard perception, accident countermeasures, and/or fatigue and distracted driving awareness.

b. failing to train Defendant JORDAN regarding speed management, space management, seeing ahead, total starting distance, nighttime driving, hazard perception, accident countermeasures and fatigue and distracted driving awareness;

c. failing to properly monitor and supervise the driving habits of the Defendant JORDAN;

d. Supervision of its business operations in failing to properly monitor the driving habits and records of its drivers, employees, and/or agents, specifically Defendant JORDAN;

e. Supervision of its drivers, employees, and/or agents, specifically Defendant JORDAN;

f. Instruction of its drivers, employees, and/or agents, specifically Defendant JORDAN;

g. Entrustment of a tractor trailer to its drivers, employees, and/or agents, specifically Defendant JORDAN;

h. Compliance with federal and/or state regulations and industry standards, as referenced in this Complaint and as developed during the discovery in this case;

i. Improperly auditing the logs and supporting documentation of its drivers, employees, and/or agents, specifically Defendant JORDAN;

j. Failing to utilize available information and technology to properly monitor its drivers, employees, and/or agents, specifically Defendant JORDAN for compliance with company polices and/or state and federal regulations;

k. In allowing Defendant JORDAN to operate a commercial motor vehicle despite knowledge of their inability to do so safely;

l. In failing to have adequate safety management controls in place to ensure compliance with the required safety fitness standard;

m. in failing to budget an appropriate amount of money to design, develop, and implement safety management controls in the areas of speed management, space management, seeing ahead, total stopping distance, nighttime driving, hazard perception, accident countermeasures and fatigue and distracted driving awareness; and,

n. In failing to utilize available technology to monitor and audit the safety performance of its driver's including Defendant JORDAN.

19.

Defendant HINES's careless, negligent, willful, wanton, reckless and unlawful acts were the direct and proximate cause of the collision and resulting injuries and damages to Plaintiff.

## FOURTH CAUSE OF ACTION
### Punitive Damages

20.

Plaintiff repeats and realleges as if verbatim paragraphs 1- 19.

21.

Defendants' actions, individually and/or jointly and severally, in this case demonstrate willful misconduct, malice, wantonness, oppression, and that entire want of care which raises the presumption of conscious indifference to consequences.

22.

In failing to implement, follow, or utilize proper procedures to evaluate and monitor Defendant JORDAN's qualifications for the operation of the subject truck, in violation of Georgia law, Defendant HINES has demonstrated an entire want of care sufficient to raise the presumption of conscious indifference to consequences.

23.

In failing to implement, follow, or utilize proper procedures to properly maintain the subject truck, in violation of Georgia law, Defendant JORDAN has demonstrated an entire want of care sufficient to raise the presumption of conscious indifference to consequences.

24.

Plaintiff is entitled to an award of punitive damages against Defendants in order to punish Defendants and/or deter them from repeating their wanton, reckless and consciously indifferent conduct in an amount to be determined by a jury.

25.

As a direct and proximate result of the aforesaid negligence and breaches of duty by the Defendants, Plaintiff suffered substantial injuries and damages including medical and other necessary expenses, mental and physical pain and suffering due to the injuries to his body and nervous system, personal inconvenience, plus an inability to lead a normal life.

**FIFTH CAUSE OF ACTION**
**Attorneys' Fees**

26.

Plaintiff repeats and realleges as if verbatim paragraphs 1- 25.

27.

Defendants have acted in bad faith, have been stubbornly litigious, and have caused Plaintiff undue expense. Thus, Plaintiff is entitled to recover their necessary expenses of litigation, including an award of reasonable attorney's fees and expenses required by this action, pursuant to O.C.G.A. § 13-6-11, as well as any other statutory or common law basis

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays and demands as follows:

(a)   That Process and Summons issue, as provided by law, requiring Defendant to appear and answer Plaintiff's Complaint;

(b)   That service be had upon Defendants as provided by law;

(c)   That Plaintiff have and recover general damages from such Defendants, as the jury deems are liable to Plaintiff, and in such an amount as the jury deems just and appropriate to fully and completely compensate Plaintiff for all of his injuries and pain and suffering, mental, physical, and emotional, past, present, and future;

(e)   That Plaintiff have and recover from Defendants, special damages for past and future medical expenses in such an amount as shall be proven at trial;

(f)   That this matter be tried to a jury;

(g)   That all costs be cast against the Defendants;

(h)   For such other and further relief as this Court deems just and appropriate.

Respectfully submitted this 7th day of January, 2025.

By:    /s/ Trey Pitts
       Trey Pitts
       Attorney for Plaintiff
       Georgia Bar No. 648456
       Warren.pitts@forthepeople.com

Morgan & Morgan Augusta, PLLC
2743 Perimeter Pkwy, Bldg. 100, Ste. 310
Augusta, GA 30909
Phone: (770) 799-2743
Fax: (770) 800-9751

STATE COURT OF
DEKALB COUNTY, GA.
1/9/2026 9:06 AM
E-FILED
BY: Monica Gay

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

Michael Stringer

Plaintiff/Petitioner

vs.

Donald Jordan; JD AND Billy Hines Trucking, Inc.

Defendant/Respondent

Case No.:    26A00190

AFFIDAVIT OF SERVICE OF
SUMMONS; COMPLAINT

Received by **Randle Key**, on the **15th day of January, 2026 at 3:02 PM** to be served upon **JD and Billy Hines Trucking, Inc. at 407 Hines Blvd, Prescott, Nevada County, AR 71857.**
On the **16th day of January, 2026 at 9:31 AM, I, Randle Key, SERVED JD and Billy Hines Trucking, Inc.** at **407 Hines Blvd, Prescott, Nevada County, AR 71857** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering 1 copy(ies) of the above listed documents to the named Corporation, by serving **Kathy Terrell**, on behalf of said Corporation.
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Kathy Terrell who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white female contact 55-65 years of age, 6'0"-6'2" tall and weighing 180-200 lbs with glasses.**

Service Fee Total: **$150.00**

Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _Randle Key_        29CV-12-20        7-20-26

Randle Key        Server ID #        Date

Notary Public: Subscribed and sworn before me on this __20__ day of __Jan__ in the year of 20__26__
Personally known to me _____ or _____ identified by the following document:

_Mary B. Pree_

Notary Public (Legal Signature)

MARY B. PREE
COMMISSION # 12712044
NOTARY PUBLIC, STATE OF ARKANSAS
HEMPSTEAD COUNTY
MY COMMISSION EXPIRES SEPTEMBER 12, 2030

STATE COURT OF
DEKALB COUNTY, GA.
1/21/2026 1:47 PM
E-FILED
BY: Mundy Jackson

REF: 18927776

STATE COURT OF
DEKALB COUNTY, GA.
Page 1 of 1
1/21/2026 1:47 PM
Tracking #: 0203951082
E-FILED
BY: Mundy Jackson



FILED

2026 JAN -5 PM 2: 45

GAIL WOLFENBARGER
CIRCUIT CLERK
HEMPSTEAD COUNTY, AR

IN THE CIRCUIT COURT OF Hemp/Nevada COUNTY, ARKANSAS

NUMBER 29CV-12-20

IN THE MATTER OF THE APPOINTMENT OF Randle Arnett Key
TO SERVE LEGAL PROCESS

### ORDER OF APPOINTMENT AS PROCESS SERVER

Pursuant to Rule 4 (c)(2), Arkansas Rules of Civil Procedure, and Administrative Order Number 20, after reviewing the application, affidavit, and other information submitted by Applicant for appointment to serve legal process in Hempstead / Nevada Count[y][ies], Arkansas, the court finds as follows:

That the application should be, and hereby is, approved; this appointment is effective for three (3) years, until 12:00 Midnight, January 4, 0 , 2029, unless terminated earlier by court order.

Name of Process Server: Randle Arnett Key

Address: 604 West 4th street

Hope, AR 71801

Count[y][ies] in which authorized to serve process: Hempstead / Nevada

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

**Michael Stringer**

Plaintiff/Petitioner

vs.

**Donald Jordan; JD AND Billy Hines Trucking, Inc.**

Defendant/Respondent

Case No.:     **26A00190**

AFFIDAVIT OF SERVICE OF
**SUMMONS; COMPLAINT**

Received by **Tierra Richardson**, on the **20th day of January, 2026 at 10:32 AM** to be served upon **Donald Jordan** at **1107 Stutes St, Crowley, Acadia County, LA 70526**.
On the **27th day of January, 2026 at 6:40 PM**, I, Tierra Richardson, SERVED Donald Jordan at **1107 Stutes St, Crowley, Acadia County, LA 70526** in the manner indicated below:

**INDIVIDUAL SERVICE**, by personally delivering **1** copy(ies) of the above-listed documents to **Donald Jordan**.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Donald Jordan with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald black male contact 55-65 years of age, 6'0"-6'2" tall and weighing 180-200 lbs with an accent.  Confirmed identity and accepted order**

Service Fee Total: **$150.00**

Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _____          _____          1-30-26
          Tierra Richardson                              Server ID #                      Date

Notary Public:  Subscribed and sworn before me on this __30th__ day of __January__ in the year of 20_26_
Personally known to me _____ or __✓__ identified by the following document: DL

_____
Notary Public (Legal Signature)

REF: **18927776**

Tracking #: **0205667164**

IN THE STATE COURT OF DEKALB COUNTY

STATE OF GEORGIA

MICHAEL STRINGER,

              Plaintiff,

      vs.

DONALD JORDAN and JD AND BILLY HINES

TRUCKING, INC.,

              Defendants.

CIVIL CASE ACTION

FILE NO. 26A00190

## MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS

COMES NOW Plaintiff, Michael Stringer, and hereby files his Motion for Default Judgment against Defendants, DONALD JORDAN and JD AND BILLY HINES TRUCKING, INC., showing in support thereof as follows:

1.

Plaintiff originally filed the above-styled action on January 9th, 2026, see **Exhibit A** attached hereto.

2.

Defendant DONALD JORDAN was duly and lawfully served, via personal service, on January 27th, 2026, see **Exhibit B** attached hereto.

3.

Defendant JD AND BILLY HINES TRUCKING, INC. was duly and lawfully served, via personal service, on January 16th, 2026, see **Exhibit 3** attached hereto.

4.

Although both Defendants were lawfully served with the Summons and Complaint in the above-styled action, Defendants have each failed to file an Answer to the Complaint or any defensive pleading within the thirty-day time frame prescribed by law.

STATE COURT OF
DEKALB COUNTY, GA.
4/15/2026 9:53 AM
E-FILED
BY: Mundy B Jackson

5.

More than thirty (30) days have elapsed since the date of service on said Defendants.

6.

Upon information and belief, Defendants are not active members of the military.

7.

By virtue of the above, said Defendants have admitted all well-pleaded facts contained in the Complaint.

8.

Plaintiff is entitled to Judgments as a matter of law against both Defendants for negligence, negligence per se, and for any and all injuries and damages to Plaintiff arising out of the incident which took place on July 1st, 2025.

**WHEREFORE**, Plaintiff respectfully prays that this Court enter a final Order and Judgment in favor of Plaintiff and against both Defendants.

Respectfully submitted, this 15th day of April, 2026

/s/ Trey Pitts
Trey Pitts, Esq.
Georgia Bar Number 648456
Attorney for Plaintiff

MORGAN & MORGAN ATLANTA PLLC
2743 Perimeter Parkway, Bldg. 100, Ste. 310
Augusta, GA 30909
Telephone:   (770) 799-2743
Facsimile:    (770) 800-9751

STATE COURT OF
DEKALB COUNTY, GA.
4/15/2026 9:53 AM
E-FILED
BY: Mundy Jackson

## IN THE STATE COURT OF DEKALB COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| MICHAEL STRINGER,<br><br>            **Plaintiff,**<br><br>vs.<br><br>DONALD JORDAN and JD AND BILLY HINES<br>TRUCKING, INC.,<br><br>            **Defendants.** | **CIVIL ACTION**<br>**FILE NO: 26A00190**<br><br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

COMES NOW Plaintiff, MICHAEL STRINGER, and makes and files this Complaint against Defendants, DONALD JORDAN, and JD AND BILLY HINES TRUCKING, INC. as follows:

## PARTIES AND JURISDICTION

1.

Plaintiff is a resident of the State of Georgia and by bringing this action submits himself to the jurisdiction and venue of this Court.

2.

Defendant Donald Jordan, (hereinafter referred to as Defendant "JORDAN") is, upon information and belief, a citizen and resident of the State of Louisiana, whose last known residence is 1107 Stutes Street, Crowley, LA 70526. Defendant JORDAN is subject to the venue and jurisdiction of this Court under Long-Arm Statute (O.C.G.A. § 9-10-91) by virtue of the fact that Defendant operated a vehicle on the roads located in the State of Georgia and committed a tortious act in Dekalb County.

3.

Defendant JD and Billy Hines Trucking, Inc. (hereinafter referred to as Defendant "HINES") is a is a corporation duly licensed and being owned and operating in the State of



STATE COURT OF
DEKALB COUNTY, GA.
1/9/2026 9:06 AM
E-FILED
BY: Monica Gay

Arkansas, having a principal place of business located at 407 Hines Blvd City, Prescott, AR 71857. Defendant HINES is subject to the venue and jurisdiction of this Court under Long-Arm Statute (O.C.G.A. § 9-10-91) by virtue of the fact that Defendant owned a vehicle that was operating on the roads located in the State of Georgia that committed a tortious act in Dekalb County, GA. Upon information and belief, the Defendant Corporation is not registered with the Secretary of State of Georgia and may be served at its registered address, listed above.

4.

Defendant JORDAN is subject to the jurisdiction of this Court.

5.

Defendant HINES is subject to the jurisdiction of this Court.

## COUNT I
## NEGLIGENCE

6.

Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 5 above as if fully restated.

7.

On or about July 1st, 2025, Plaintiff was driving a 2025 Mercedes Benz C Class in a prudent and careful manner, and was traveling on I-85 South in Dekalb County, Georgia.

8.

At that time and place, the Defendant JORDAN was operating a 2025 Freightliner tractor trailer also on I-85 South in Dekalb County, GA when he failed to maintain lanes and merged into Plaintiff's lane of traffic, causing a collision.

9.

At all relevant times, Defendant JORDAN owed certain civil duties to Plaintiffs, and, notwithstanding those duties, the Defendant JORDAN did violate them in the following

particulars:

a.    In failing to make reasonable and proper observations while driving or, if reasonable and proper observations were made, failing to act thereon;

b.    In failure to maintain lane, in violation of O.C.G.A. § 40-6-48;

c.    In driving a semi-truck without due caution and circumspection and in a manner so as to endanger the person and/or property of others in the immediate vicinity in violation of O.C.G.A. § 40-6-241;

d.    In driving with reckless disregard for the safety of persons and/or property in violation of O.C.G.A. § 40-6-390; and,

e.    In committing other negligent and reckless acts and omissions as may be shown by the evidence and proven at trial.

10.

Defendant JORDAN' violations of the aforementioned statutory duties of care constitute negligence and negligence *per se*.

11.

As a direct and proximate result of the aforesaid negligence and breaches of duty by Defendant JORDAN, Plaintiff suffered substantial injuries and damages including medical and other necessary expenses, mental and physical pain and suffering due to the injuries to their bodies and nervous system, personal inconvenience, plus an inability to lead a normal lives.

**SECOND CAUSE OF ACTION**
(Against Defendant HINES)
Respondent Superior/ Agency Principal Liability

12.

Plaintiff repeats and realleges paragraphs 1-11 as if set out verbatim herein.

13.

Upon information and belief, at all times relevant to the allegations contained in this Complaint, Defendant JORDAN was working in the course and scope of his employment for the Defendant HINES, or was otherwise acting as an agent or servant of the Defendant HINES.

14.

Defendant HINES is liable for the acts or omissions of Defendant JORDAN under the doctrines of respondent superior, master/servant, and/or agent/principal.

15.

Plaintiffs are informed and believes that they are entitled to a Judgment against the Defendants for damages in an appropriate amounts.

## THIRD CAUSE OF ACTION
### (Against Defendant HINES)
### Negligence

16.

Plaintiff repeats and realleges as if set out verbatim paragraphs 1- 15.

17.

Upon information and belief, Defendant JORDAN operates as a commercial motor carrier on the behalf of the Defendant HINES.

18.

The injuries and damages incurred by the Plaintiffs were directly and proximately caused by Defendant HINES's careless, negligent, grossly negligent, willful, wanton, reckless, and unlawful acts in one or more of the following particulars by failing to use reasonable care in the:

a. failing to design, develop, and implement adequate safety management controls related to speed management, space management, seeing ahead, total starting distance, nighttime driving, hazard perception, accident countermeasures, and/or fatigue and distracted driving awareness.

b. failing to train Defendant JORDAN regarding speed management, space management, seeing ahead, total starting distance, nighttime driving, hazard perception, accident countermeasures and fatigue and distracted driving awareness;

c. failing to properly monitor and supervise the driving habits of the Defendant JORDAN;

d. Supervision of its business operations in failing to properly monitor the driving habits and records of its drivers, employees, and/or agents, specifically Defendant JORDAN;

e. Supervision of its drivers, employees, and/or agents, specifically Defendant JORDAN;

f. Instruction of its drivers, employees, and/or agents, specifically Defendant JORDAN;

g. Entrustment of a tractor trailer to its drivers, employees, and/or agents, specifically Defendant JORDAN;

h. Compliance with federal and/or state regulations and industry standards, as referenced in this Complaint and as developed during the discovery in this case;

i. Improperly auditing the logs and supporting documentation of its drivers, employees, and/or agents, specifically Defendant JORDAN;

j. Failing to utilize available information and technology to properly monitor its drivers, employees, and/or agents, specifically Defendant JORDAN for compliance with company polices and/or state and federal regulations;

k. In allowing Defendant JORDAN to operate a commercial motor vehicle despite knowledge of their inability to do so safely;

l. In failing to have adequate safety management controls in place to ensure compliance with the required safety fitness standard;

m. in failing to budget an appropriate amount of money to design, develop, and implement safety management controls in the areas of speed management, space management, seeing ahead, total stopping distance, nighttime driving, hazard perception, accident countermeasures and fatigue and distracted driving awareness; and,

n. In failing to utilize available technology to monitor and audit the safety performance of its driver's including Defendant JORDAN.

19.

Defendant HINES's careless, negligent, willful, wanton, reckless and unlawful acts were the direct and proximate cause of the collision and resulting injuries and damages to Plaintiff.

## FOURTH CAUSE OF ACTION
### Punitive Damages

20.

Plaintiff repeats and realleges as if verbatim paragraphs 1- 19.

21.

Defendants' actions, individually and/or jointly and severally, in this case demonstrate willful misconduct, malice, wantonness, oppression, and that entire want of care which raises the presumption of conscious indifference to consequences.

22.

In failing to implement, follow, or utilize proper procedures to evaluate and monitor Defendant JORDAN's qualifications for the operation of the subject truck, in violation of Georgia law, Defendant HINES has demonstrated an entire want of care sufficient to raise the presumption of conscious indifference to consequences.

23.

In failing to implement, follow, or utilize proper procedures to properly maintain the subject truck, in violation of Georgia law, Defendant JORDAN has demonstrated an entire want of care sufficient to raise the presumption of conscious indifference to consequences.

24.

Plaintiff is entitled to an award of punitive damages against Defendants in order to punish Defendants and/or deter them from repeating their wanton, reckless and consciously indifferent conduct in an amount to be determined by a jury.

25.

As a direct and proximate result of the aforesaid negligence and breaches of duty by the Defendants, Plaintiff suffered substantial injuries and damages including medical and other necessary expenses, mental and physical pain and suffering due to the injuries to his body and nervous system, personal inconvenience, plus an inability to lead a normal life.

**FIFTH CAUSE OF ACTION**
**Attorneys' Fees**

26.

Plaintiff repeats and realleges as if verbatim paragraphs 1- 25.

27.

Defendants have acted in bad faith, have been stubbornly litigious, and have caused Plaintiff undue expense. Thus, Plaintiff is entitled to recover their necessary expenses of litigation, including an award of reasonable attorney's fees and expenses required by this action, pursuant to O.C.G.A. § 13-6-11, as well as any other statutory or common law basis

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays and demands as follows:

(a)  That Process and Summons issue, as provided by law, requiring Defendant to appear and answer Plaintiff's Complaint;

(b)  That service be had upon Defendants as provided by law;

(c)  That Plaintiff have and recover general damages from such Defendants, as the jury deems are liable to Plaintiff, and in such an amount as the jury deems just and appropriate to fully and completely compensate Plaintiff for all of his injuries and pain and suffering, mental, physical, and emotional, past, present, and future;

(e)  That Plaintiff have and recover from Defendants, special damages for past and future medical expenses in such an amount as shall be proven at trial;

(f)  That this matter be tried to a jury;

(g)  That all costs be cast against the Defendants;

(h)  For such other and further relief as this Court deems just and appropriate.

Respectfully submitted this 7th day of January, 2025.


By:    /s/ Trey Pitts
       Trey Pitts
       Attorney for Plaintiff
       Georgia Bar No. 648456
       Warren.pitts@forthepeople.com


Morgan & Morgan Augusta, PLLC
2743 Perimeter Pkwy, Bldg. 100, Ste. 310
Augusta, GA 30909
Phone: (770) 799-2743
Fax: (770) 800-9751

STATE COURT OF
DEKALB COUNTY, GA.
1/9/2026 9:06 AM
E-FILED
BY: Monica Gay

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| **Michael Stringer** | Case No.: | 26A00190 |
| | | |

Plaintiff/Petitioner

vs.

**Donald Jordan; JD AND Billy Hines Trucking, Inc.**   AFFIDAVIT OF SERVICE OF
Defendant/Respondent   **SUMMONS; COMPLAINT**

Received by **Tierra Richardson**, on the 20th day of January, 2026 at 10:32 AM to be served upon **Donald Jordan** at **1107 Stutes St, Crowley, Acadia County, LA 70526.**
On the 27th day of January, 2026 at 6:40 PM, I, **Tierra Richardson, SERVED Donald Jordan at 1107 Stutes St, Crowley, Acadia County, LA 70526** in the manner indicated below:

**INDIVIDUAL SERVICE,** by personally delivering **1** copy(ies) of the above-listed documents to **Donald Jordan.**

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Donald Jordan with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald black male contact 55-65 years of age, 6'0"-6'2" tall and weighing 180-200 lbs with an accent.  Confirmed identity and accepted order**

Service Fee Total: $150.00

Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _____   1-30-26

Tierra Richardson   Server ID #   Date

Notary Public:  Subscribed and sworn before me on this 30ᵗʰ day of ___January___ in the year of 2026
Personally known to me _____ or __✓__ identified by the following document: DL

_____
Notary Public (Legal Signature)

REF: 18927776

**EXHIBIT**
**B**

Page 1 of 1
Tracking #: 0205667164

STATE COURT OF
DEKALB COUNTY, GA.
2/3/2026 3:00 PM
E-FILED
BY: Mundy B Jackson

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| Michael Stringer | Case No.:    26A00190 |
| **Plaintiff/Petitioner** | |
| vs. | |
| Donald Jordan; JD AND Billy Hines Trucking, Inc. | AFFIDAVIT OF SERVICE OF |
| **Defendant/Respondent** | **SUMMONS; COMPLAINT** |

Received by Randle Key, on the 15th day of January, 2026 at 3:02 PM to be served upon JD and Billy Hines Trucking, Inc. at 407 Hines Blvd, Prescott, Nevada County, AR 71857.
On the 16th day of January, 2026 at 9:31 AM, I, Randle Key, SERVED JD and Billy Hines Trucking, Inc. at 407 Hines Blvd, Prescott, Nevada County, AR 71857 in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering 1 copy(ies) of the above listed documents to the named Corporation, by serving Kathy Terrell, on behalf of said Corporation.
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
I delivered the documents to Kathy Terrell who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white female contact 55-65 years of age, 6'0"-6'2" tall and weighing 180-200 lbs with glasses.

Service Fee Total: $150.00

Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _Randle Key_    29CV-12-20    _7-20-26_

Randle Key    Server ID #    Date

Notary Public: Subscribed and sworn before me on this __20__ day of __Jan__ in the year of 20__26__
Personally known to me _____ or _____ identified by the following document:

_Mary B. Price_

Notary Public (Legal Signature)

MARY B. PRICE
COMMISSION # 12712020
NOTARY PUBLIC, STATE OF ARKANSAS
HEMPSTEAD COUNTY
MY COMMISSION EXPIRES SEPTEMBER 17, 2030

STATE COURT OF
DEKALB COUNTY, GA.
1/21/2026 1:47 PM
E-FILED
BY: Mundy Jackson



REF: 18927776



EXHIBIT
C

STATE COURT OF
DEKALB COUNTY, GA.
1/21/2026 1:47 PM
E-FILED
Tracking #: 020395102



FILED

2026 JAN -5 PM 2: 45

GAIL WHERRY MANAGER
CIRCUIT CLERK
HEMPSTEAD COUNTY, AR

IN THE CIRCUIT COURT OF Hemp/Nevada COUNTY, ARKANSAS

NUMBER 29CV-12-20

IN THE MATTER OF THE APPOINTMENT OF Randle Arnett Key
TO SERVE LEGAL PROCESS

### ORDER OF APPOINTMENT AS PROCESS SERVER

Pursuant to Rule 4 (c)(2), Arkansas Rules of Civil Procedure, and Administrative Order Number 20, after reviewing the application, affidavit, and other information submitted by Applicant for appointment to serve legal process in Hempstead / Nevada Count[y][ies], Arkansas, the court finds as follows:

That the application should be, and hereby is, approved; this appointment is effective for three (3) years, until 12:00 Midnight, January 4, 0, 2029, unless terminated earlier by court order.

Name of Process Server: Randle Arnett Key

Address: 604 west 4th street
Hope, AR 71801

Count[y][ies] in which
authorized to serve process: Hempstead / Nevada

## CERTIFICATE OF SERVICE

This certifies that I have this day served a copy of the foregoing **MOTION FOR ENTRY**

**OF DEFAULT JUDGMENT AGAINST DEFENDANTS** upon all parties to this matter by

depositing a true copy of same in the United States Mail, via certified mail return receipt requested,

proper postage prepaid, addressed as follows:

Donald Jordan
1107 Stutes Street
Crowley, LA 70526

JD and Billy Hines Trucking, Inc.
407 Hines Blvd.
Prescott, AR 71857

Respectfully submitted, this 15th day of April 2026

Respectfully Submitted,

/s/ Trey Pitts
Trey Pitts, Esq.
Georgia Bar Number 648456
Attorney for Plaintiff
Warren.pitts@forthepeople.com

MORGAN & MORGAN ATLANTA PLLC
P.O. Box 57007
Atlanta, Georgia 30343-1007
Telephone:    (770) 799-2743
Facsimile:    (770) 800-9751

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

MICHAEL STRINGER,

PLAINTIFF,

v.

DONALD JORDAN AND JD AND BILLY HINES
TRUCKING, INC.,

DEFENDANTS.

CIVIL ACTION
FILE NO. 26A00190-4

## ORDER

This matter comes before the Court on Plaintiff's Motion for Default Judgment, filed April 15, 2026. The Court has reviewed the record.

Plaintiff has failed to show that Defendant Jordan is in default. Pursuant to O.C.G.A. § 9-11-4(h), the time to answer process does not begin to run until proof of service is filed. A purported return of service shows that Tierra Richardson served Defendant Donald Jordan, but Plaintiff has failed to show that such person was appointed for that purpose or otherwise legally authorized to serve process.

Plaintiff has further failed to file the certificate required by Rule 15.

Furthermore, Defendant Jordans's military status is not indicated on an Affidavit. *See* 50 U.S.C.S. Appx. § 3901. Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is **DENIED**.

SO ORDERED, this 12th day of May , 2026.

CHARLES E. BAILEY, JUDGE
STATE COURT OF DEKALB COUNTY

STATE COURT OF
DEKALB COUNTY, GA.
5/12/2026 1:52 PM
E-FILED
BY: Mundy B Jackson

## IN THE STATE COURT OF DEKALB COUNTY

## STATE OF GEORGIA

MICHAEL STRINGER,

    **Plaintiff,**

  vs.

DONALD JORDAN and JD AND BILLY HINES

TRUCKING, INC.,

    **Defendants.**

**CIVIL CASE ACTION**

**FILE NO. 26A00190**

## MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS

COMES NOW Plaintiff, Michael Stringer, and hereby files his Motion for Default Judgment against Defendants, DONALD JORDAN and JD AND BILLY HINES TRUCKING, INC., showing in support thereof as follows:

1.

Plaintiff originally filed the above-styled action on January 9th, 2026.

2.

Defendant DONALD JORDAN was duly and lawfully served, via personal service, on January 27th, 2026, see the Affidavit of Service attached hereto as **Exhibit A.**

3.

Defendant JD AND BILLY HINES TRUCKING, INC. was duly and lawfully served, via personal service, on January 16th, 2026, see the Affidavit of Service attached hereto as **Exhibit B.**

4.

Although both Defendants were lawfully served with the Summons and Complaint in the above-styled action, Defendants have each failed to file an Answer to the Complaint or any defensive pleading within the thirty-day time frame prescribed by law.

5.

STATE COURT OF
DEKALB COUNTY, GA.
6/16/2026 2:06 PM
E-FILED
BY: Mundy B Jackson

More than thirty (30) days have elapsed since the date of service on said Defendants.

6.

Upon information and belief, Defendants are not active members of the military.

7.

By virtue of the above, said Defendants have admitted all well-pleaded facts contained in the Complaint.

8.

Plaintiff is entitled to Judgments as a matter of law against both Defendants for negligence, negligence per se, and for any and all injuries and damages to Plaintiff arising out of the incident which took place on July 1st, 2025.

**WHEREFORE**, Plaintiff respectfully prays that this Court enter a final Order and Judgment in favor of Plaintiff and against both Defendants.

Respectfully submitted, this 16th day of June, 2026

/s/ Trey Pitts
Trey Pitts, Esq.
Georgia Bar Number 648456
Attorney for Plaintiff

MORGAN & MORGAN PLLC
2743 Perimeter Parkway, Bldg. 100, Ste. 310
Augusta, GA 30909
Telephone:    (770) 799-2743
Facsimile:    (770) 800-9751

STATE COURT OF
DEKALB COUNTY, GA.
6/16/2026 2:06 PM
E-FILED
BY: Mundy Jackson

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

**Michael Stringer**

Plaintiff/Petitioner

vs.

**Donald Jordan; JD AND Billy Hines Trucking, Inc.**
Defendant/Respondent

| | |
|---|---|
| Case No.: | 26A00190 |

AFFIDAVIT OF SERVICE OF
SUMMONS; COMPLAINT

Received by Tierra Richardson, on the 20th day of January, 2026 at 10:32 AM to be served upon **Donald Jordan** at **1107 Stutes St, Crowley, Acadia County, LA 70526.**
On the 27th day of January, 2026 at 6:40 PM, I, **Tierra Richardson**, SERVED Donald Jordan at 1107 Stutes St, Crowley, Acadia County, LA 70526 in the manner indicated below:

**INDIVIDUAL SERVICE**, by personally delivering 1 copy(ies) of the above-listed documents to **Donald Jordan.**

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
I delivered the documents to Donald Jordan with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald black male contact 55-65 years of age, 6'0"-6'2" tall and weighing 180-200 lbs with an accent.  Confirmed identity and accepted order

Service Fee Total: $150.00

Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _____     _____     1·30·26
        Tierra Richardson                    Server ID #              Date

Notary Public: Subscribed and sworn before me on this ___30th___ day of ___January___ in the year of 2026
Personally known to me _____ or ___✓___ identified by the following document: DL

_____
Notary Public (Legal Signature)

STATE COURT OF
DEKALB COUNTY, GA.
2/3/2026 3:00 PM
E-FILED
BY: Mundy B Jackson



EXHIBIT
A

Declaration of Tory Penfield

Re: Military Status of Donald Jordan

I, Tory Penfield, declare and state as follows:

1.    I am an employee of ABC Legal Services, Inc., and am authorized to make this declaration on its behalf. I am a Private Investigator licensed by the State of Washington (WA license number 22002701), over the age of eighteen, a resident of the State of Washington, a citizen of the United States of America, not a party to nor interested in the above captioned matter. If called upon to testify in this action, as to the matters set forth in this declaration, I could and would competently testify thereto.

2.    On or about 5/22/2026, ABC Legal Services received a request to search the active military duty roster for Donald Jordan. A name/address search of credit header records identified Donald Jordan's SSN via the last known address of 1107 Stutes St, Crowley, Acadia County, LA 70526. Using the criteria of name and SSN, the Department of Defense Manpower Data Center reports that they do not possess any information indicating that Donald Jordan is currently on active duty in the United States Military. A true and correct copy of this search is attached.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct to the best of my knowledge on the date and time herein noted.

Dated this May 27, 2026

DocuSigned by:

Tory Penfield

9E91D83CA2A741B...

Tory Penfield

Page 1

Department of Defense Manpower Data Center

Results as of : Jun-02-2026 01:27:04 PM EDT

SCRA 5.28



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN:            XXX-XX-███
Birth Date:
Last Name:      JORDAN
First Name:     DONALD
Middle Name:
Status As Of:   Jun-02-2026
Certificate ID: M21S1QKMV59BMV5

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

Michael Stringer

                            Plaintiff/Petitioner

vs.

Donald Jordan; JD AND Billy Hines Trucking, Inc.
                        Defendant/Respondent

Case No.:    26A00190

AFFIDAVIT OF SERVICE OF
SUMMONS; COMPLAINT

Received by Randle Key, on the 15th day of January, 2026 at 3:02 PM to be served upon JD and Billy Hines Trucking, Inc. at 407 Hines Blvd, Prescott, Nevada County, AR 71857.
On the 16th day of January, 2026 at 9:31 AM, I, Randle Key, SERVED JD and Billy Hines Trucking, Inc. at 407 Hines Blvd, Prescott, Nevada County, AR 71857 in the manner indicated below:

CORPORATE SERVICE, by personally delivering 1 copy(ies) of the above listed documents to the named Corporation, by serving Kathy Terrell, on behalf of said Corporation.
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
I delivered the documents to Kathy Terrell who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white female contact 55-65 years of age, 6'0"-6'2" tall and weighing 180-200 lbs with glasses.

Service Fee Total: $150.00

Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _Randle Key_____ 29CV-12-20 _7-20-26_____
      Randle Key                        Server ID #            Date

Notary Public: Subscribed and sworn before me on this __20__ day of __Jan_____ in the year of 20_26_
Personally known to me _____ or _____ identified by the following document:

_Mary B. Pree_____
Notary Public (Legal Signature)



MARY B. PREE
COMMISSION # 12712022
NOTARY PUBLIC, STATE OF ARKANSAS
HEMPSTEAD COUNTY
MY COMMISSION EXPIRES SEPTEMBER 12, 2022

STATE COURT OF
DEKALB COUNTY, GA.
1/21/2026 1:47 PM
E-FILED
BY: Mundy Jackson

REF: 18927776

**EXHIBIT**

tabbies

**B**





FILED

2026 JAN -5 PH 2: 45

GAIL _____ GER
C___ ___
HE___ ___ Y. AR

IN THE CIRCUIT COURT OF Hemp/Nevada COUNTY, ARKANSAS

NUMBER 29CV-12-20

IN THE MATTER OF THE APPOINTMENT OF Randle Arnett Key
TO SERVE LEGAL PROCESS

### ORDER OF APPOINTMENT AS PROCESS SERVER

Pursuant to Rule 4 (c)(2), Arkansas Rules of Civil Procedure, and Administrative Order Number 20, after reviewing the application, affidavit, and other information submitted by Applicant for appointment to serve legal process in Hempstead /Nevada Count[y][ies], Arkansas, the court finds as follows:

That the application should be, and hereby is, approved; this appointment is effective for three (3) years, until 12:00 Midnight, January 4, 0, 2029, unless terminated earlier by court order.

Name of Process Server: Randle Arnett Key

Address: 604 west 4th street
Hope, AR 71801

Count[y][ies] in which
authorized to serve process: Hempstead / Nevada

## CERTIFICATE OF SERVICE

This certifies that I have this day served a copy of the foregoing **MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS** upon all parties to this matter by depositing a true copy of same in the United States Mail, via certified mail return receipt requested, proper postage prepaid, addressed as follows:

Donald Jordan
1107 Stutes Street
Crowley, LA 70526

JD and Billy Hines Trucking, Inc.
407 Hines Blvd.
Prescott, AR 71857

Respectfully submitted, this 16th day of June, 2026

Respectfully Submitted,

/s/ Trey Pitts

Trey Pitts, Esq.
Georgia Bar Number 648456
Attorney for Plaintiff
Warren.pitts@forthepeople.com

MORGAN & MORGAN PLLC
2743 Perimeter Parkway, Bldg. 100, Ste. 310
Augusta, GA 30909
Telephone:     (770) 799-2743
Facsimile:      (770) 800-9751